# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, S.A. DOMINGUEZ**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ZACHARY L. RICE**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201500070**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 8 January 2015.
**Military Judge:** Maj M.D. Zimmerman, USMC.
**Convening Authority:** Commanding Officer, Headquarters and Support Battalion, Marine Corps Installation West, Marine Corps Base, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol P.D. Sanchez, USMC.
**For Appellant:** LCDR William Stoebner, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**11 June 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court